12C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Petition and Order for Summons for Person Under Supervision

| | |
|---|---|
| Name of Person: **Kasanita Mary King** | Docket Number: **2:21CR00091-002** |

Name of Sentencing Judicial Officer:   **Honorable Robert J. Shelby**
**Chief U.S. District Judge**

Date of Original Sentence:   **May 1, 2023**
Original Offense: **Felon in Possession of a Firearm and Ammunition**
Original Sentence: **36 Months' Probation**

Type of Supervision: **Probation**   Supervision Began: **May 1, 2023**

Location of Defendant's Supervision  ☒ Northern/Central Division   ☐ Southern Region

### PETITIONING THE COURT

☒ To issue a summons: ███████████████████████

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On September 11 and 18, 2024, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his/her U.S. Probation Officer.

**Allegation No. 2:** On October 5, 2024, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his/her U.S. Probation Officer.

**Allegation No. 3:** On November 6 and 22, 2024, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his/her U.S. Probation Officer

**Allegation No. 4:** On March 21, 2025, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his/her U.S. Probation Officer

**Allegation No. 5:** On May 27, 2025, the person under supervision failed to submit to drug and/or alcohol testing, as directed by his/her U.S. Probation Officer

**Allegation No. 6:** On August 12 and 20, 2025, the person under supervision failed to attend and participate in substance-abuse treatment, as directed by his/her U.S. Probation Officer.

**Allegation No. 7:** On September 2, 2025, the person under supervision failed to attend and participate in substance-abuse treatment, as directed by his/her U.S. Probation Officer.

Evidence in support of the above allegations is derived from U.S. Probation Office records and direct supervision efforts therein.

PROB 12C  
D/UT 12/17

Kasanita Mary King  
2:21CR00091-002

**Allegation No. 8:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: assaulted her sister.

**Allegation No. 9:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: interfered with an arresting officer.

**Allegation No. 10:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: damaged or destroyed another's property.

**Allegation No. 11:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: was intoxicated in public.

**Allegation No. 12:** On or about June 21, 2025, the person under supervision committed another federal, state, or local crime, to wit: engaged in disorderly conduct.

Evidence in support of allegations 8 to 12 are derived from Salt Lake City Justice Court case no. 251410064.

I declare under penalty of perjury that the foregoing is true and correct.

by Alexis Schliepp  
U.S. Probation Officer  
September 4, 2025

**THE COURT ORDERS:**

☒ The issuance of a summons  
    For appearance in:  ☒ Salt Lake City    ☐ St. George  
☐ The issuance of a warrant and tolling of the supervision time  
    For appearance in:  ☐ Salt Lake City    ☐ St. George  
☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____  
☐ No action  
☐ Other

Honorable Robert J. Shelby  
Chief United States District Judge

Date: 9/4/2025